**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Beacon Journal Publishing Company** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 34-1095666 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **44 E. Exchange Street**<br>**Akron, OH 44309**<br>Number, Street, City, State & ZIP Code | **#210- 15288 54A Avenue**<br>**SURREY, BC V3S 5X7**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Summit**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5111</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | Relationship |
|---|---|
| _____ | _____ |

| District | When | Case number, if known |
|---|---|---|
| _____ | _____ | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10  30  2020
              MM / DD / YYYY

X _____          David Black _____
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X _____          Date  11 / 03 / 2020
Signature of attorney for debtor            MM / DD / YYYY

**Marc B. Merklin 0018195**
Printed name

**Brouse McDowell, LPA**
Firm name

**388 S. Main Street, Suite 500**
**Akron, OH 44311**
Number, Street, City, State & ZIP Code

Contact phone   **330-535-5711**   Email address   **mmerklin@brouse.com**

**0018195 OH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **The Beacon Journal Publishing Company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10-30-2020    X _____
                                 Signature of individual signing on behalf of debtor

                                   **David Black**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Beacon Journal Publishing Company** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:   Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................................................   $               0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.......................................................................................................   $          294,000.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.........................................................................................................   $          294,000.00

**Part 2:   Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $        56,063,909.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $               0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$        76,428,314.95

4.   Total liabilities .................................................................................................................................
    Lines 2 + 3a + 3b                                                                                  $       132,786,223.95

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **The Beacon Journal Publishing Company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                            % of ownership | | |
| 15.1. | Ownership interest in Akron Development Fund I, Ltd.        5.405%  % | Book Value | $294,000.00 |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                    | $294,000.00 |
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|-----------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $294,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $294,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $294,000.00 |

**Fill in this information to identify the case:**

Debtor name    **The Beacon Journal Publishing Company**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1  Canadian Imperial Bank of Commerce**
Creditor's Name

**199 Bay Street, 4th Floor
TORONTO  ON  M5L 1A2**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
Priority over working capital assets.
Computershare Trust has priority over
remaining assets.

Describe debtor's property that is subject to a lien
**UCC Lien - All assets of debtor, whether now
owned or hereafter acquired.**

Describe the lien
**Consensual Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$556,000.00**          Value of collateral: **Unknown**

---

**2.2  Computershare Trust
Company of Canada**
Creditor's Name

**100 University Avenue,
11th Floor
TORONTO ON M5J 2Y1**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**UCC Lien - All assets of debtor, whether now
owned or hereafter acquired or in which
debtor otherwise has rights, and all proceeds
thereof.  Computershare Trust has priority
over all assets with the exception of  the
working capital assets.**

Describe the lien
**Consensual Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$55,507,909.00**          Value of collateral: **Unknown**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| Priority over all assets except working capital assets.  Canadian Imperial Bank has priority over working capital assets. | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$56,063,909.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | | |

Debtor name    **The Beacon Journal Publishing Company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Insolvency Group 6**
**1240 E. Ninth Street, Room 493**
**Cleveland, OH 44199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Kristen M. Scalise CPA, CFE**
**Summit County Fiscal Officer**
**175 S. Main Street, Suite 320**
**Akron, OH 44308-1353**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Ohio Attorney General**
**Attn:  Bankruptcy Staff**
**150 E. Gay Street, 21st Floor**
**Columbus, OH 43215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**Ohio Bureau of Workers'**
**Compensatio**
**Attn: Law Section Bankruptcy Unit**
**PO Box 15567**
**Columbus, OH 43215-0567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Ohio Department of Job & Family**
**Svc**
**Attn: Revenue**
**Recovery/Contribution**
**PO Box 182404**
**Columbus, OH 43218-2404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.7 Priority creditor's name and mailing address
**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216-0530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

3.1 Nonpriority creditor's name and mailing address
**Abbott, Robert E.**
**1461 Deermont SW**
**Massillon, OH 44647**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.2 Nonpriority creditor's name and mailing address
**Aetna**
**PO Box 88874**
**Chicago, IL 60695-1874**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Premium**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

$13,796.50

---

3.3 Nonpriority creditor's name and mailing address
**Akron Beacon Journal Guild Plan and**
**c/o Eben O. McNair, IV**
**Schwarzwald McNair & Fusco LLP**
**1215 Superior Avenue, Suite 225**
**Cleveland, OH 44114**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

$0.00

---

3.4 Nonpriority creditor's name and mailing address
**Allessie, James**
**1519 Hunters Lake Drive East**
**Cuyahoga Falls, OH 44221**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.5 Nonpriority creditor's name and mailing address
**Bailey, Richard H.**
**1375 Sacket Hills Drive**
**Akron, OH 44313**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Baird, Doyle F.**
4270 Woodedge Blvd.
Akron, OH 44319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Baker, Rand L.**
955 Annapolis Avenue
Akron, OH 44310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barone, Anthony**
4710 Black Walnut lane
Ravenna, OH 44266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bechler, Gerhard**
1979 Liberty Rd
Stow, OH 44224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Beck, Arthur**
976 Cree Avenue
Akron, OH 44305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Berdis, Robert**
5251 Ray Street
Norton, OH 44203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198,926.00 |
|---|---|---|---|

**Black Press Group Ltd.**
210-15288 54A Avenue
Surrey BC V3S 5X7

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

20-51999-amk    Doc 1    FILED 11/04/20    ENTERED 11/04/20 18:22:45    Page 15 of 75

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Blaner, Daniel P.**
**836 Canna Circle**
**Barberton, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Bok, Arthur**
**709 Castle Blvd.**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Boone, Ralph**
**PO Box 843**
**Akron, OH 44309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Bowman, Ronald G.**
**529 Lehman Street**
**Orrville, OH 44667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Brookover, Fred W.**
**568 Sand Ridge Road, Lot 7**
**Conway, SC 29526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Buck, Richard O.**
**1145 Sulphur Springs Lane**
**Mineral Ridge, OH 44440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Butash, Jonathan**
**799 Zeletta**
**Akron, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.20**
Nonpriority creditor's name and mailing address
Byrd, William
4855 Pond Drive NW
North Canton, OH 44720

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.21**
Nonpriority creditor's name and mailing address
Campbell, John W.
659 Palisades Drive, Apt. 7
Akron, OH 44303

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.22**
Nonpriority creditor's name and mailing address
CBIZ Retirement Plan Services
6050 Oak Tree Blvd., Suite 500
Independence, OH 44131

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$235.00

---

**3.23**
Nonpriority creditor's name and mailing address
Chester, Theodore
522 Pershing Avenue SE
North Canton, OH 44720

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.24**
Nonpriority creditor's name and mailing address
Clapp, Alfred P.
3515 71st Avenue E
Ellenton, FL 34222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.25**
Nonpriority creditor's name and mailing address
Clapsaddle, Judith A.
746 State Mill Road
Akron, OH 44319

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.26**
Nonpriority creditor's name and mailing address
Clark, Donald
255 N. Portage Path, Apt. 101
Akron, OH 44303

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cole, Patrick**
279 Winchester Road
Fairlawn, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Coletta, Maxwell E.**
855 W. Desert View Lane
Yuma, AZ 85364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Collins, Eunice E.**
1031 Edgemere Court #1
Akron, OH 44321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Conway, Michael T.**
8254 Fairmount Rd
Novelty, OH 44072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cook, Tommie**
1111 Independence Avenue #2506
Akron, OH 44310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corall, Robert E.**
1650 Evergreen Ave
Akron, OH 44301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Costello, John A.**
1335 Linden Avenue
Akron, OH 44310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig, Terry**
**2812 Fairview Place**
**Cuyahoga Falls, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craven, William E.**
**6097 Taylor Rd**
**Clinton, OH 44216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crawley, Richard F.**
**729 N. Sheraton Dr**
**Akron, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cummins, John**
**1556 Hyde Park**
**Akron, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Davis, George W.**
**1043 Pheasant Grove NW**
**Massillon, OH 44646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delta Dental**
**PO Box 75688**
**Seattle, WA 98175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deskovich, Robert J.**
**29 E. Woodsdale Ave**
**Akron, OH 44301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.41** Nonpriority creditor's name and mailing address
Dietz, Helen
2371 Elizabeth Dr
Stow, OH 44224

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.42** Nonpriority creditor's name and mailing address
Dilbeck, Leroy C.
980 Hampton Ridge Dr
Akron, OH 44313

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.43** Nonpriority creditor's name and mailing address
Dimauro, Anthony G.
4430 Forest Glen Ave
Massillon, OH 44647

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.44** Nonpriority creditor's name and mailing address
Dipietro, Joseph
683 Grace Drive
Wadsworth, OH 44281

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.45** Nonpriority creditor's name and mailing address
Dougherty, John P.
1830 Chestnut Blvd.
Cuyahoga Falls, OH 44223

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.46** Nonpriority creditor's name and mailing address
Doyle, Jack E.
3501 Millpond Rd
Charlotte, NC 28226

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.47** Nonpriority creditor's name and mailing address
Earlenbaugh, Dennis
261 Hawk Avenue
Akron, OH 44312

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,724,046.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**3.48**
Nonpriority creditor's name and mailing address
**Employee's Retirement Plan of the Beacon Journal Publishing Company Wells Fargo Bank, N.A., Trustee**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$43,724,046.00**

---

**3.49**
Nonpriority creditor's name and mailing address
**Epstein, Stephen**
**623 Fairhill Drive**
**Akron, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.50**
Nonpriority creditor's name and mailing address
**Fair, Richard L.**
**279 Sobul Avenue**
**Akron, OH 44305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.51**
Nonpriority creditor's name and mailing address
**Figgers, Jolene**
**5529 Lance Road**
**Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.52**
Nonpriority creditor's name and mailing address
**Flower, Jerry W.**
**5083 Fox Cliff Drive**
**Lakeland, FL 33810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.53**
Nonpriority creditor's name and mailing address
**Forgus, Jerry**
**1029 W. Riddle Avenue**
**Ravenna, OH 44266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.54**
Nonpriority creditor's name and mailing address
**Fox, Craig A.**
**1536 Wayne Street**
**Barberton, OH 44203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Frient, John A.**
3785 N. Vista NW, Apt. N
Uniontown, OH 44685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gangl, Ottmar J.**
3186 S. Jackson Blvd.
Uniontown, OH 44685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $768,960.59 |

**GCIU - Employer Retirement Fund**
13191 Crossroads Pkwy N.
Suite 205
City of Industry, CA 91746-3434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gid, Marion**
2173 Lynnwood
Stow, OH 44224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Gracco, Felix**
2902 Oakwood Dr
Willoughby Hills, OH 44094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Graham, Andrew D.**
331 Simcox Street
Wadsworth, OH 44281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,988.88 |

**Graphic Arts Industry Joint Pension Trust**
25 Louisiana Ave NW
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,403.93 |

**Graphics Communications Conference
of Int'l Brotherhood of Teamsters
455 Kehoe Blvd., Suite 101
Carol Stream, IL 60188**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Greene, Larnie W.
1398 Cosmos Street NW
Hartville, OH 44632**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gregorio, Anthony
5073 Shepherd's Glen
Willoughby, OH 44094**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gresock, Richard J.
760 Remsen Road
Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Griffin, Robert J.
5843 Renninger Road, Apt. 216
Akron, OH 44319**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Grna, Jr., Paul D.
812 Jonathan Ave
Akron, OH 44306**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Haines, Hershel L.
1225 McKinley Avenue
Akron, OH 44306**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Retiree

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hawk, Donald K.**
365 Crestwood Ave
Wadsworth, OH 44281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hayes, Arthur T.**
10135 Gate Parkway N., #510
Jacksonville, FL 32246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hazel, Jerry P.**
217 E. State Street
Barberton, OH 44203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Health Equity**
15 W. Scenic Pointe Drive, Ste 100
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Heinbuch, Henry D.**
182 Sycamore Drive, NW
North Canton, OH 44720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Heinbuch, William H.**
3531 Curtis Street
Mogadore, OH 44260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Herold, Jerry**
61 Stratford Rd
Hudson, OH 44236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.76 | Nonpriority creditor's name and mailing address<br>**Hilsheimer, Willard L.**<br>**322 8th Street**<br>**Nokomis, FL 34275** | $0.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.77 | Nonpriority creditor's name and mailing address<br>**Hine, Kay**<br>**3532 Hammond Blvd**<br>**Copley, OH 44321** | $0.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.78 | Nonpriority creditor's name and mailing address<br>**Hine, Ronald L.**<br>**3532 Hammond Blvd.**<br>**Akron, OH 44321** | $0.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.79 | Nonpriority creditor's name and mailing address<br>**Holcomb, Douglas L.**<br>**1388 Brown Street**<br>**Akron, OH 44301** | $0.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.80 | Nonpriority creditor's name and mailing address<br>**Howell, Robert L.**<br>**222 Kenwick Drive**<br>**Akron, OH 44313** | $0.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.81 | Nonpriority creditor's name and mailing address<br>**Hudgins, Keith**<br>**167 Killian Rd**<br>**Akron, OH 44319** | $0.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.82 | Nonpriority creditor's name and mailing address<br>**Hunter Consulting** | $1,054.44 |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Hunter, William G.**<br>**4678 Whyem Drive**<br>**Akron, OH 44319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Retiree<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Johnson, Donald E.**<br>**6798 Evergreen Rd**<br>**Hudson, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Retiree<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Jones, Lucille**<br>**3031 13th Street**<br>**Cuyahoga Falls, OH 44223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Retiree<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Jones, Merle O.**<br>**1778 Northampton Road, Apt. A9**<br>**Akron, OH 44313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Retiree<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kanter, Theodore A.**<br>**232 Acme Drive**<br>**Akron, OH 44319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Retiree<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kay, Daniel**<br>**c/o Michael R. Blum, CPA**<br>**7220 Cottesmore Lane**<br>**Solon, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Retiree<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Keller, Alvern H.**<br>**9331 Broadland St., NW**<br>**Massillon, OH 44646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Retiree<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kight, Chester**
**578 Colchester Court**
**Akron, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**King, Glenn M.**
**1032 Sycamore Lane**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kling, Herbert P.**
**1323 Woodward Place NW**
**Canton, OH 44709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Knapp, Ronald P.**
**3992 Sappwood Dr**
**Ravenna, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kovach, Paul D.**
**27 Wilpark Drive**
**Akron, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LaBelle, Edward F.**
**157 Court Drive, Apt. 157**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lammerding, Elizabeth**
**1376 Hampton Knoll Drive**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laplaca, Michael**
**1273 S. Velvior Blvd.**
**Cleveland, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lazoran, Dennis P.**
**1469 Alphada Avenue, Apt. C3**
**Akron, OH 44310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leeders-Wright, Diane**
**600 Greenmeadow Avenue NW**
**Canton, OH 44709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leland, Robert B.**
**413 Stinaff Street**
**Kent, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lemons, Dennis A.**
**108 Furnace Run Drive**
**Akron, OH 44307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lewis, David J.**
**2059 6th Street, SW**
**Akron, OH 44314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lillis, Steve**
**1495 Radford Street, NE**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lynch, Diane P.**
**686 Center Road**
**Akron, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Retiree__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Markley, Larry D.**
**265 Franklin Drive**
**Doylestown, OH 44230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Retiree__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marshall, Thomas C.**
**12945 Jamestown Rd**
**Uniontown, OH 44685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Retiree__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mattern, Norman E.**
**43215 Hammond School Rd**
**Wellsville, OH 43968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Retiree__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mayiras, James J.**
**6740 W. Smith Road**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Retiree__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McCann, Paul**
**164 Stockwell Court**
**Wadsworth, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Retiree__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McDowell, William**
**2403 E. 27th Terrace**
**Lawrence, KS 66046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Retiree__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McEaneney, Dennis**
404 Stanton Avenue, Apt. 1
Akron, OH 44301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McHargh, Winston J.**
740 City View Street
Akron, OH 44307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McMillion, Melanie**
1408 Hidden Spring Lane
Two Harbors, MN 55616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mellinger, Sr., Glenn E.**
3344 Townsend Street NW
Uniontown, OH 44685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Memmer, Ronald E.**
225 Homewood Avenue
Akron, OH 44312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meredith, Richard**
641 Palmetto Avenue
Akron, OH 44306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miller, Lynnette**
623 Kipling Street
Akron, OH 44311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mitchin, Robert J.**
2325 Wilmington Avenue SE
Massillon, OH 44646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Moore, Thomas**
669 Davis Street
Akron, OH 44310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Moyers, Robert E.**
28 Rocking Horse Drive
Palm Coast, FL 32164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Murphy, Ocie**
2402 Laguna Court
Stockton, CA 95206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Musarra, Rosario**
8916 Falcon Drive
Streetsboro, OH 44241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Myers, Steven G.**
2775 Martin Rd
Mogadore, OH 44260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nelson, Carl G.**
8640 Scenic Ridge Ave
Clinton, OH 44216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.125**

Nonpriority creditor's name and mailing address
**Nicholls, Joseph G.**
**4765 Morningside Drive**
**Cleveland, OH 44109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126**

Nonpriority creditor's name and mailing address
**Nichols, Alan**
**263 High Street**
**Wadsworth, OH 44281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.127**

Nonpriority creditor's name and mailing address
**O'Flanagan, Michael**
**281 W. Boston Mills Rd**
**Peninsula, OH 44264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128**

Nonpriority creditor's name and mailing address
**O'Neil, Charles E.**
**427 Edgewood Ave**
**Akron, OH 44307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.129**

Nonpriority creditor's name and mailing address
**Olesky, John**
**217 N. Thomas Road**
**Tallmadge, OH 44278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130**

Nonpriority creditor's name and mailing address
**Pariso, Steven M.**
**6395 Grove Road**
**Clinton, OH 44216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131**

Nonpriority creditor's name and mailing address
**Patterson, Joe D.**
**414 Trunko Rd**
**Akron, OH 44333**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pension Benefit Guaranty Corporatio**
**1200 K. Street, NW**
**Washington, DC 20005-4026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NOTICE ONLY__

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Petush, William K.**
**1157 Biscayne Drive**
**Port Charlotte, FL 33953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phillips, Donald J.**
**219 Chart Rd**
**Cuyahoga Falls, OH 44223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Porter, Michael L.**
**844 Bridlewood Drive**
**Copley, OH 44321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,620,080.53 |
|---|---|---|---|

**Post Retirement Benefit Obligations**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Various Providers__

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Poteete, Wayne I.**
**1148 W. Market Street, #406**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Prim, Joseph**
**441 Mineola Avenue**
**Akron, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Regence Group Administrators**
PO Box 52890
Bellevue, WA 98015-2890

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Roese, Donald A.**
500 Keenan Ave
Cuyahoga Falls, OH 44221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Rollison, George**
4204 Ledgewater Dr
Mogadore, OH 44260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Rothermel, Ronald**
482 Highland Ave
Wadsworth, OH 44281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Russo, David D.**
931 Robinson Ave
Barberton, OH 44203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sabo, Joseph T.**
175 Canton Rd
Akron, OH 44312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sanderlin, Ronald W.**
60 South Street, Apt. 10
Concord, NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.146**

Nonpriority creditor's name and mailing address
**Sandrene, Steven M.**
**1936 20th Street**
**Cuyahoga Falls, OH 44223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147**

Nonpriority creditor's name and mailing address
**Sav-Rx**
**PO Box 8**
**Fremont, NE 68026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Claims__

Is the claim subject to offset? ■ No ☐ Yes

**$26,243.94**

---

**3.148**

Nonpriority creditor's name and mailing address
**Sav-Rx**
**PO Box 8**
**Fremont, NE 68026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Broker Fee__

Is the claim subject to offset? ■ No ☐ Yes

**$2,560.00**

---

**3.149**

Nonpriority creditor's name and mailing address
**Scheu, John T.**
**438 Auburndale Ave**
**Akron, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150**

Nonpriority creditor's name and mailing address
**Schlimm, Joseph S.**
**3112 Englewood Drive**
**Silver Lake, OH 44224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151**

Nonpriority creditor's name and mailing address
**Schmook, Charles A.**
**915 Decker Dr**
**Parma, OH 44134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152**

Nonpriority creditor's name and mailing address
**Seaburn, John R.**
**13621 Peppertree NW**
**Mogadore, OH 44260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Shaffer, Halley F.**
**3305 Elmwood Street**
**Cuyahoga Falls, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Shaw, James L.**
**4473 Sugar Grove Road**
**Cambridge, OH 43725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Shelton, Arthur M.**
**845 Storer Avenue**
**Akron, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.12 |

**SilverScript Insurance**
**PO Box 840240**
**Dallas, TX 75284-0240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member Plan Premiums - August 20 Med D Premiums**

Last 4 digits of account number  **3912**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Smith, Terry**
**8741 Elmfield Avenue**
**Canal Fulton, OH 44614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sneed, Launa**
**1359 Arnold Avenue**
**Akron, OH 44305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,855,285.00 |

**Sound Publishing, Inc.**
**1800 41st Street, Suite 300**
**Everett, WA 98203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sowd, David H.**
**7036 Brandy Circle NW**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sprague, Jr., Sidney H.**
**3332 Crowley Circle**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stamp, Lewis K.**
**247 Aqua Blvd**
**Akron, OH 44319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steadman, Clarence J.**
**410 Briarwood Drive**
**Akron, OH 44320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,755.90 |
|---|---|---|---|

**Teamsters Union, Local No. 703**
**Health and Welfare Fund**
**6511 Eastland Road, Ste 140**
**Brookpark, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **August Coverage Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thom, Dan W.**
**2044 Longfellow Street NE**
**Canton, OH 44721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas, Forest W.**
**211 Melbourne Ave**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retiree**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Thomas, Nicholas S.**
30215 Ashton Lane
Bay Village, OH 44140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Thombs, Ora E.**
828 Eastview Ave
Wadsworth, OH 44281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Thornburg, John R.**
4640 Taray Lane
Holiday, FL 34690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tobias, John D.**
2517 Enclave Street, NW
Uniontown, OH 44685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,534.70 |

**UnitedHealth Group**
PO Box 29875
Hot Springs, AR 71903-0875

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5014

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,011.75 |

**UnitedHealthcare**
AARP - Group Retiree Services
PO Box 371362
Pittsburgh, PA 15250-7362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Premium__

Last 4 digits of account number  1269

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Vancant, Larry E.**
1215 Romayne Drive
Akron, OH 44313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Retiree__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174.67 |
|---|---|---|---|

**3.174** Nonpriority creditor's name and mailing address
VSP
3333 Quality Drive
Rancho Cordova, CA 95670

Date(s) debt was incurred _
Last 4 digits of account number  3868

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vision Care__

Is the claim subject to offset? ■ No ☐ Yes

**$174.67**

---

**3.175** Nonpriority creditor's name and mailing address
Walker, Robert K.
1258 Herberich Avenue
Akron, OH 44301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176** Nonpriority creditor's name and mailing address
Welch III, Frederick S.
1519 Artman Ave
Akron, OH 44313

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177** Nonpriority creditor's name and mailing address
Wenger, Paul J.
5660 Easton Street
Louisville, OH 44641

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178** Nonpriority creditor's name and mailing address
West, Ruth M.
15539 Hatfield
Rittman, OH 44270

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179** Nonpriority creditor's name and mailing address
Williams, David
705 Robins Gate
Akron, OH 44319

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180** Nonpriority creditor's name and mailing address
Wise, Kathleen
8587 Tanglewood Trail
Chagrin Falls, OH 44023

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Retiree__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ | $0.00 |

3.181   Nonpriority creditor's name and mailing address

**Wright, James R.**
1251 Delia Avenue
Akron, OH 44320

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retiree**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Sav-Rx<br>224 N. Park Avenue<br>Fremont, NE 68025 | Line  **3.147**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $    76,428,314.95 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    76,428,314.95 |

Fill in this information to identify the case:

Debtor name   **The Beacon Journal Publishing Company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |

Debtor name    **The Beacon Journal Publishing Company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **311773 B.C. Ltd.** | **210-15288 54A Avenue Surrey, BC V3S 5X7** | **Canadian Imperial Bank of Commerce** | ■ D   2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **311773 B.C. Ltd.** | **210-15288 54A Avenue SURREY BC V3S 5X7** | **Computershare Trust Company of Canada** | ■ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Black Press Delaware LLC** | **c/o The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801** | **Canadian Imperial Bank of Commerce** | ■ D   2.1 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Black Press Delaware LLC** | **c/o The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801** | **Computershare Trust Company of Canada** | ■ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                              *Column 2: Creditor*

| | | | | |
|---|---|---|---|---|
| 2.5 | Black Press Group Ltd. | 210-15288 54A Avenue SURREY  BC  V3S 5X7 | Computershare Trust Company of Canada | ■ D  2.2 ___ ☐ E/F ___ ☐ G ___ |
| 2.6 | Black Press Group Ltd. | 210-15288 54A Avenue SURREY BC V3S 5X7 | Canadian Imperial Bank of Commerce | ■ D  2.1 ___ ☐ E/F ___ ☐ G ___ |
| 2.7 | Black Press Group Oregon LLC | 3175 Beach Drive VICTORIA BC V8R 6L7 CAN | Canadian Imperial Bank of Commerce | ■ D  2.1 ___ ☐ E/F ___ ☐ G ___ |
| 2.8 | Black Press Group Oregon LLC | 3175 Beach Drive VICTORIA BC V8R 6L7 CAN | Computershare Trust Company of Canada | ■ D  2.2 ___ ☐ E/F ___ ☐ G ___ |
| 2.9 | Black Press Ltd. | 210-15288 54A Avenue SURREY BC V3S 5X7 | Computershare Trust Company of Canada | ■ D  2.2 ___ ☐ E/F ___ ☐ G ___ |
| 2.10 | Black Press Ltd. | 210-15288 54A Avenue SURREY BC V3S 5X7 | Canadian Imperial Bank of Commerce | ■ D  2.1 ___ ☐ E/F ___ ☐ G ___ |
| 2.11 | Central Web Offset Ltd. | 210-15288 54A Avenue SURREY  BC  V3S 5X7 | Computershare Trust Company of Canada | ■ D  2.2 ___ ☐ E/F ___ ☐ G ___ |
| 2.12 | Central Web Offset Ltd. | 210-15288 54A Avenue SURREY BC V3S 5X7 | Canadian Imperial Bank of Commerce | ■ D  2.1 ___ ☐ E/F ___ ☐ G ___ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                                                    *Column 2: Creditor*

| | | | | |
|---|---|---|---|---|
| 2.13 | Oahu Publications, Inc. | 500 Ala Moana Blvd. #7-210 Honolulu, HI 96813 | Canadian Imperial Bank of Commerce | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.14 | Oahu Publications, Inc. | 500 Ala Moana Blvd #7-210 Honolulu, HI 96813 | Computershare Trust Company of Canada | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.15 | San Francisco Print Media Company | 835 Market Street, Suite 550 San Francisco, CA 94103 | Canadian Imperial Bank of Commerce | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.16 | San Francisco Print Media Company | 835 Market Street, Suite 550 San Francisco, CA 94103 | Computershare Trust Company of Canada | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.17 | Sound Publishing Holding, Inc. | 1800 41st Street, Suite 300 Everett, WA 98203 | Canadian Imperial Bank of Commerce | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.18 | Sound Publishing Holding, Inc. | 1800 41st Street, Suite 300 Everett, WA 98203 | Computershare Trust Company of Canada | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.19 | Sound Publishing Properties, Inc. | 1800 41st Street, Suite 300 Everett, WA 98203 | Canadian Imperial Bank of Commerce | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.20 | Sound Publishing Properties, Inc. | 1800 41st Street, Suite 300 Everett, WA 98203 | Computershare Trust Company of Canada | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1: Codebtor*                  *Column 2: Creditor*

| | Codebtor | Address | Creditor | | |
|---|---|---|---|---|---|
| 2.21 | Sound Publishing, Inc. | 1800 41st Street, Suite 300 Everett, WA 98203 | Canadian Imperial Bank of Commerce | ■ D   2.1 ☐ E/F ____ ☐ G ____ | |
| 2.22 | Sound Publishing, Inc. | 1800 41st Street, Suite 300 Everett, WA 98203 | Computershare Trust Company of Canada | ■ D   2.2 ☐ E/F ____ ☐ G ____ | |
| 2.23 | WWA (BPH) Publications, Inc. | PO Box 930 Everett, WA 98206-0930 | Canadian Imperial Bank of Commerce | ■ D   2.1 ☐ E/F ____ ☐ G ____ | |
| 2.24 | WWA (BPH) Publications, Inc. | PO Box 930 Everett, WA 98206-0930 | Computershare Trust Company of Canada | ■ D   2.2 ☐ E/F ____ ☐ G ____ | |

**Fill in this information to identify the case:**

Debtor name  **The Beacon Journal Publishing Company**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other   **No Operations** | **$0.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **No Operations** | **$0.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$33,659,028.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | **Lease Payments from Gatehouse (May through October)** | **$153,129.00** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.1.  **GateHouse Media**<br>**175 Sullys Trail**<br>**Pittsford, NY 14534** | **July 16, 2020** | **$23,683.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Real estate taxes__ |
| 3.2.  **Cox Taylor**<br>**26 Bastion Square**<br>**Third Floor Burnes House**<br>**Victoria BC V8W 1H9** | **7/29/2020** | **$12,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **Cushman & Wakefield**<br>**3 Summit Park Drive**<br>**Suite 200**<br>**Cleveland, OH 44131** | **7/29/2020** | **$64,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.  **Kristen M. Scalise CPA, CFE**<br>**Summit County Fiscal Officer**<br>**175 S. Main Street, Suite 320**<br>**Akron, OH 44308-1353** | **7/29/2020** | **$91,903.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Real estate taxes__ |
| 3.5.  **First American Title Insurance**<br>**Company**<br>**611 Commerce Street, Ste 3101**<br>**Nashville, TN 37203** | **7/29/2020** | **$9,968.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Title / Escrow fees__ |
| 3.6.  **Ohio Bureau of Workers' Compensatio**<br>**Attn: Law Section Bankruptcy Unit**<br>**PO Box 15567**<br>**Columbus, OH 43215-0567** | **9/2/2020** | **$279,794.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Transferred Huntington National Bank account balance to Coastal Community Bank for new LOC with the OBWC__ |
| 3.7.  **Computershare Trust Company of**<br>**Canada**<br>**100 University Avenue, 11th Floor**<br>**TORONTO ON M5J 2Y1** | | **$929,150.70** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount

may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

---

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ribar v. Akron Beacon Journal,et al. CV 19 919222 | Negligence / Employer Liability (Motion filed on July 7, 2020, to substitute defendant Akron Beacon Journal for Beacon Journal Publishing Co.) | Cuyahoga County Court of Common Pleas Civil Division Justice Center 1200 Ontario Street, 1st Flr Cleveland, OH 44113 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Brouse McDowell, LPA**<br>**388 S. Main Street, Suite 500**<br>**Akron, OH 44311** | $7,500 fees; $335 filing fee | 6/10/2020 | $7,835.00 |
| **Email or website address**<br>**www.brouse.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **ABJ Building, LLC 402 Office Park Drive, Suite 150 Birmingham, AL 35223** | **44 E. Exchange St., Akron, OH, PN 6749247 - building and lot; 41 E. Exchange St., Akron, OH, PN 6819364 - parking lot; E. Exchange St., Akron, OH, PN 6819365 - parking lot; S. Broadway St., Akron, OH, PN 6762551 - parking lot; (See attached legal description)** | **7/29/2020** | **$1,107,524.59** |
| | Relationship to debtor **N/A** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **Employees' Retirement Plan of the Beacon Journal Publishing Company** | EIN:  **91-1396047** |

   Has the plan been terminated?
   ■ No
   ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Huntington National Bank 919 5th Avenue Huntington, WV 25701** | **XXXX-3557** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **9/3/2020** | **$279,794.50** |
| 18.2. | **Huntington National Bank 919 5th Avenue Huntington, WV 25701** | **XXXX-1916** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **7/20/2020** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **Akron Development Fund I, Ltd.** **388 S. Main Street, Suite 500** **Akron, OH 44311** | **It makes loans for economic development in Greater Akron, Summit Co. area** | EIN:    34-1879325  From-To    **1998 to current** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Chris Leighton** **#210-15288 54A Avenue** **SURREY  BC  V3S 6T4** | **February 2018 to current** |
| 26a.2.   **Bruce Tennant** **#210-15288 54A** **SURREY  BC  V3S 6T4** | **2006 - 2018** |
| 26a.3.   **Tim Betz** **44 E. Exchange Street** **Akron, OH 44328** | **2014 - 2018** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.4.    **Roger Messmore**<br>**44 E. Exchange Street**<br>**Akron, OH 44328** | **2006 - 2014** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **KPMG**<br>**800-730 View Street**<br>**VICTORIA  BC V8W 3Y7** | **1997 to current** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **RSM**<br>**1001 Lakeside Avenue, E., Suite 200**<br>**Cleveland, OH 44114** | **2018 to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Chris Leighton**<br>**#210-15288 54A Avenue**<br>**SURREY  BC V3S 6T4** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Computershare Trust Company of Canada**<br>**100 University Avenue, 11th Floor**<br>**TORONTO ON M5J 2Y1** |
| 26d.2.    **Canadian Imperial Bank of Commerce**<br>**199 Bay Street, 4th Floor**<br>**TORONTO  ON  M5L 1A2** |
| 26d.3.    **Bank of America**<br>**181 Bay Street, Suite 3660**<br>**TORONTO  ON  M5J 2T3** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Sound Publishing Inc. | 1800 41st Street, Suite 300 Everett, WA 98203 | Stockholder | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| David Black | 3175 Beach Drive VICTORIA  BC  V6L 4N4 | Director | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Dennis Francis | 500 Ala Moana Blvd., #7-210 Honolulu, HI 96813 | Director | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Sound Publishing Holding Inc. | EIN:     04-3672263 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|
| Employees' Retirement Plan of the Beacon Journal Publishing Company | EIN:     91-1396047 |

Debtor __The Beacon Journal Publishing Company__ Case number *(if known)* _____

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-30-2020__

_____
Signature of individual signing on behalf of the debtor

**David Black**
Printed name

Position or relationship to debtor __President__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Ohio

In re    **The Beacon Journal Publishing Company** _____    Case No. _____

Debtor(s)                                          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   10-30-2020 _____          _____

**David Black/President**
Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

311773 B.C. Ltd.
210-15288 54A Avenue
Surrey, BC V3S 5X7

311773 B.C. Ltd.
210-15288 54A Avenue
SURREY BC V3S 5X7

Abbott, Robert E.
1461 Deermont SW
Massillon, OH 44647

Aetna
PO Box 88874
Chicago, IL 60695-1874

Akron Beacon Journal Guild Plan and
c/o Eben O. McNair, IV
Schwarzwald McNair & Fusco LLP
1215 Superior Avenue, Suite 225
Cleveland, OH 44114

Allessie, James
1519 Hunters Lake Drive East
Cuyahoga Falls, OH 44221

Bailey, Richard H.
1375 Sacket Hills Drive
Akron, OH 44313

Baird, Doyle F.
4270 Woodedge Blvd.
Akron, OH 44319

Baker, Rand L.
955 Annapolis Avenue
Akron, OH 44310

Barone, Anthony
4710 Black Walnut lane
Ravenna, OH 44266

Bechler, Gerhard
1979 Liberty Rd
Stow, OH 44224

Beck, Arthur
976 Cree Avenue
Akron, OH 44305

Berdis, Robert
5251 Ray Street
Norton, OH 44203

Black Press Delaware LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Black Press Group Ltd.
210-15288 54A Avenue
Surrey BC V3S 5X7

Black Press Group Ltd.
210-15288 54A Avenue
SURREY   BC  V3S 5X7

Black Press Group Oregon LLC
3175 Beach Drive
VICTORIA BC V8R 6L7 CAN

Black Press Ltd.
210-15288 54A Avenue
SURREY BC V3S 5X7

Blaner, Daniel P.
836 Canna Circle
Barberton, OH 44203

Bok, Arthur
709 Castle Blvd.
Akron, OH 44313

Boone, Ralph
PO Box 843
Akron, OH 44309

Bowman, Ronald G.
529 Lehman Street
Orrville, OH 44667

Brookover, Fred W.
568 Sand Ridge Road, Lot 7
Conway, SC 29526

Buck, Richard O.
1145 Sulphur Springs Lane
Mineral Ridge, OH 44440

Butash, Jonathan
799 Zeletta
Akron, OH 44319

Byrd, William
4855 Pond Drive NW
North Canton, OH 44720

Campbell, John W.
659 Palisades Drive, Apt. 7
Akron, OH 44303

Canadian Imperial Bank of Commerce
199 Bay Street, 4th Floor
TORONTO   ON   M5L 1A2

CBIZ Retirement Plan Services
6050 Oak Tree Blvd., Suite 500
Independence, OH 44131

Central Web Offset Ltd.
210-15288 54A Avenue
SURREY   BC   V3S 5X7

Central Web Offset Ltd.
210-15288 54A Avenue
SURREY BC V3S 5X7

Chester, Theodore
522 Pershing Avenue SE
North Canton, OH 44720

Clapp, Alfred P.
3515 71st Avenue E
Ellenton, FL 34222

Clapsaddle, Judith A.
746 State Mill Road
Akron, OH 44319

Clark, Donald
255 N. Portage Path, Apt. 101
Akron, OH 44303

Cole, Patrick
279 Winchester Road
Fairlawn, OH 44333

Coletta, Maxwell E.
855 W. Desert View Lane
Yuma, AZ 85364

Collins, Eunice E.
1031 Edgemere Court #1
Akron, OH 44321

Computershare Trust Company of Canada
100 University Avenue, 11th Floor
TORONTO ON M5J 2Y1

Conway, Michael T.
8254 Fairmount Rd
Novelty, OH 44072

Cook, Tommie
1111 Independence Avenue #2506
Akron, OH 44310

Corall, Robert E.
1650 Evergreen Ave
Akron, OH 44301

Costello, John A.
1335 Linden Avenue
Akron, OH 44310

Craig, Terry
2812 Fairview Place
Cuyahoga Falls, OH 44221

Craven, William E.
6097 Taylor Rd
Clinton, OH 44216

Crawley, Richard F.
729 N. Sheraton Dr
Akron, OH 44319

Cummins, John
1556 Hyde Park
Akron, OH 44310

Davis, George W.
1043 Pheasant Grove NW
Massillon, OH 44646

Delta Dental
PO Box 75688
Seattle, WA 98175

Deskovich, Robert J.
29 E. Woodsdale Ave
Akron, OH 44301

Dietz, Helen
2371 Elizabeth Dr
Stow, OH 44224

Dilbeck, Leroy C.
980 Hampton Ridge Dr
Akron, OH 44313

Dimauro, Anthony G.
4430 Forest Glen Ave
Massillon, OH 44647

Dipietro, Joseph
683 Grace Drive
Wadsworth, OH 44281

Dougherty, John P.
1830 Chestnut Blvd.
Cuyahoga Falls, OH 44223

Doyle, Jack E.
3501 Millpond Rd
Charlotte, NC 28226

Earlenbaugh, Dennis
261 Hawk Avenue
Akron, OH 44312

Employee's Retirement Plan of the
Beacon Journal Publishing Company
Wells Fargo Bank, N.A., Trustee

Epstein, Stephen
623 Fairhill Drive
Akron, OH 44313

Fair, Richard L.
279 Sobul Avenue
Akron, OH 44305

Figgers, Jolene
5529 Lance Road
Medina, OH 44256

Flower, Jerry W.
5083 Fox Cliff Drive
Lakeland, FL 33810

Forgus, Jerry
1029 W. Riddle Avenue
Ravenna, OH 44266

Fox, Craig A.
1536 Wayne Street
Barberton, OH 44203

Frient, John A.
3785 N. Vista NW, Apt. N
Uniontown, OH 44685

Gangl, Ottmar J.
3186 S. Jackson Blvd.
Uniontown, OH 44685

GCIU - Employer Retirement Fund
13191 Crossroads Pkwy N.
Suite 205
City of Industry, CA 91746-3434

Gid, Marion
2173 Lynnwood
Stow, OH 44224

Gracco, Felix
2902 Oakwood Dr
Willoughby Hills, OH 44094

Graham, Andrew D.
331 Simcox Street
Wadsworth, OH 44281

Graphic Arts Industry Joint
Pension Trust
25 Louisiana Ave NW
Washington, DC 20001

Graphics Communications Conference
of Int'l Brotherhood of Teamsters
455 Kehoe Blvd., Suite 101
Carol Stream, IL 60188

Greene, Larnie W.
1398 Cosmos Street NW
Hartville, OH 44632

Gregorio, Anthony
5073 Shepherd's Glen
Willoughby, OH 44094

Gresock, Richard J.
760 Remsen Road
Medina, OH 44256

Griffin, Robert J.
5843 Renninger Road, Apt. 216
Akron, OH 44319

Grna, Jr., Paul D.
812 Jonathan Ave
Akron, OH 44306

Haines, Hershel L.
1225 McKinley Avenue
Akron, OH 44306

Hawk, Donald K.
365 Crestwood Ave
Wadsworth, OH 44281

Hayes, Arthur T.
10135 Gate Parkway N., #510
Jacksonville, FL 32246

Hazel, Jerry P.
217 E. State Street
Barberton, OH 44203

Health Equity
15 W. Scenic Pointe Drive, Ste 100
Draper, UT 84020

Heinbuch, Henry D.
182 Sycamore Drive, NW
North Canton, OH 44720

Heinbuch, William H.
3531 Curtis Street
Mogadore, OH 44260

Herold, Jerry
61 Stratford Rd
Hudson, OH 44236

Hilsheimer, Willard L.
322 8th Street
Nokomis, FL 34275

Hine, Kay
3532 Hammond Blvd
Copley, OH 44321

Hine, Ronald L.
3532 Hammond Blvd.
Akron, OH 44321

Holcomb, Douglas L.
1388 Brown Street
Akron, OH 44301

Howell, Robert L.
222 Kenwick Drive
Akron, OH 44313

Hudgins, Keith
167 Killian Rd
Akron, OH 44319

Hunter Consulting

Hunter, William G.
4678 Whyem Drive
Akron, OH 44319

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

Johnson, Donald E.
6798 Evergreen Rd
Hudson, OH 44236

Jones, Lucille
3031 13th Street
Cuyahoga Falls, OH 44223

Jones, Merle O.
1778 Northampton Road, Apt. A9
Akron, OH 44313

Kanter, Theodore A.
232 Acme Drive
Akron, OH 44319

Kay, Daniel
c/o Michael R. Blum, CPA
7220 Cottesmore Lane
Solon, OH 44139

Keller, Alvern H.
9331 Broadland St., NW
Massillon, OH 44646

Kight, Chester
578 Colchester Court
Akron, OH 44319

King, Glenn M.
1032 Sycamore Lane
Akron, OH 44313

Kling, Herbert P.
1323 Woodward Place NW
Canton, OH 44709

Knapp, Ronald P.
3992 Sappwood Dr
Ravenna, OH 44266

Kovach, Paul D.
27 Wilpark Drive
Akron, OH 44312

Kristen M. Scalise CPA, CFE
Summit County Fiscal Officer
175 S. Main Street, Suite 320
Akron, OH 44308-1353

LaBelle, Edward F.
157 Court Drive, Apt. 157
Akron, OH 44333

Lammerding, Elizabeth
1376 Hampton Knoll Drive
Akron, OH 44313

Laplaca, Michael
1273 S. Velvior Blvd.
Cleveland, OH 44121

Lazoran, Dennis P.
1469 Alphada Avenue, Apt. C3
Akron, OH 44310

Leeders-Wright, Diane
600 Greenmeadow Avenue NW
Canton, OH 44709

Leland, Robert B.
413 Stinaff Street
Kent, OH 44240

Lemons, Dennis A.
108 Furnace Run Drive
Akron, OH 44307

Lewis, David J.
2059 6th Street, SW
Akron, OH 44314

Lillis, Steve
1495 Radford Street, NE
North Canton, OH 44720

Lynch, Diane P.
686 Center Road
Akron, OH 44319

Markley, Larry D.
265 Franklin Drive
Doylestown, OH 44230

Marshall, Thomas C.
12945 Jamestown Rd
Uniontown, OH 44685

Mattern, Norman E.
43215 Hammond School Rd
Wellsville, OH 43968

Mayiras, James J.
6740 W. Smith Road
Medina, OH 44256

McCann, Paul
164 Stockwell Court
Wadsworth, OH 44281

McDowell, William
2403 E. 27th Terrace
Lawrence, KS 66046

McEaneney, Dennis
404 Stanton Avenue, Apt. 1
Akron, OH 44301

McHargh, Winston J.
740 City View Street
Akron, OH 44307

McMillion, Melanie
1408 Hidden Spring Lane
Two Harbors, MN 55616

Mellinger, Sr., Glenn E.
3344 Townsend Street NW
Uniontown, OH 44685

Memmer, Ronald E.
225 Homewood Avenue
Akron, OH 44312

Meredith, Richard
641 Palmetto Avenue
Akron, OH 44306

Miller, Lynnette
623 Kipling Street
Akron, OH 44311

Mitchin, Robert J.
2325 Wilmington Avenue SE
Massillon, OH 44646

Moore, Thomas
669 Davis Street
Akron, OH 44310

Moyers, Robert E.
28 Rocking Horse Drive
Palm Coast, FL 32164

Murphy, Ocie
2402 Laguna Court
Stockton, CA 95206

Musarra, Rosario
8916 Falcon Drive
Streetsboro, OH 44241

Myers, Steven G.
2775 Martin Rd
Mogadore, OH 44260

Nelson, Carl G.
8640 Scenic Ridge Ave
Clinton, OH 44216

Nicholls, Joseph G.
4765 Morningside Drive
Cleveland, OH 44109

Nichols, Alan
263 High Street
Wadsworth, OH 44281

O'Flanagan, Michael
281 W. Boston Mills Rd
Peninsula, OH 44264

O'Neil, Charles E.
427 Edgewood Ave
Akron, OH 44307

Oahu Publications, Inc.
500 Ala Moana Blvd.
#7-210
Honolulu, HI 96813

Oahu Publications, Inc.
500 Ala Moana Blvd
#7-210
Honolulu, HI 96813


Ohio Attorney General
Attn: Bankruptcy Staff
150 E. Gay Street, 21st Floor
Columbus, OH 43215


Ohio Bureau of Workers' Compensatio
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567


Ohio Department of Job & Family Svc
Attn: Revenue Recovery/Contribution
PO Box 182404
Columbus, OH 43218-2404


Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530


Olesky, John
217 N. Thomas Road
Tallmadge, OH 44278


Pariso, Steven M.
6395 Grove Road
Clinton, OH 44216


Patterson, Joe D.
414 Trunko Rd
Akron, OH 44333


Pension Benefit Guaranty Corporatio
1200 K. Street, NW
Washington, DC 20005-4026


Petush, William K.
1157 Biscayne Drive
Port Charlotte, FL 33953

Phillips, Donald J.
219 Chart Rd
Cuyahoga Falls, OH 44223

Porter, Michael L.
844 Bridlewood Drive
Copley, OH 44321

Post Retirement Benefit Obligations

Poteete, Wayne I.
1148 W. Market Street, #406
Akron, OH 44313

Prim, Joseph
441 Mineola Avenue
Akron, OH 44320

Regence Group Administrators
PO Box 52890
Bellevue, WA 98015-2890

Roese, Donald A.
500 Keenan Ave
Cuyahoga Falls, OH 44221

Rollison, George
4204 Ledgewater Dr
Mogadore, OH 44260

Rothermel, Ronald
482 Highland Ave
Wadsworth, OH 44281

Russo, David D.
931 Robinson Ave
Barberton, OH 44203

Sabo, Joseph T.
175 Canton Rd
Akron, OH 44312

The Beacon Journal Publishing Company –

San Francisco Print Media Company
835 Market Street, Suite 550
San Francisco, CA 94103

Sanderlin, Ronald W.
60 South Street, Apt. 10
Concord, NH 03301

Sandrene, Steven M.
1936 20th Street
Cuyahoga Falls, OH 44223

Sav-Rx
PO Box 8
Fremont, NE 68026

Sav-Rx
224 N. Park Avenue
Fremont, NE 68025

Scheu, John T.
438 Auburndale Ave
Akron, OH 44313

Schlimm, Joseph S.
3112 Englewood Drive
Silver Lake, OH 44224

Schmook, Charles A.
915 Decker Dr
Parma, OH 44134

Seaburn, John R.
13621 Peppertree NW
Mogadore, OH 44260

Shaffer, Halley F.
3305 Elmwood Street
Cuyahoga Falls, OH 44221

Shaw, James L.
4473 Sugar Grove Road
Cambridge, OH 43725

Shelton, Arthur M.
845 Storer Avenue
Akron, OH 44320

SilverScript Insurance
PO Box 840240
Dallas, TX 75284-0240

Smith, Terry
8741 Elmfield Avenue
Canal Fulton, OH 44614

Sneed, Launa
1359 Arnold Avenue
Akron, OH 44305

Sound Publishing Holding, Inc.
1800 41st Street, Suite 300
Everett, WA 98203

Sound Publishing Properties, Inc.
1800 41st Street, Suite 300
Everett, WA 98203

Sound Publishing, Inc.
1800 41st Street, Suite 300
Everett, WA 98203

Sowd, David H.
7036 Brandy Circle NW
North Canton, OH 44720

Sprague, Jr., Sidney H.
3332 Crowley Circle
Loveland, CO 80538

Stamp, Lewis K.
247 Aqua Blvd
Akron, OH 44319

Steadman, Clarence J.
410 Briarwood Drive
Akron, OH 44320

Teamsters Union, Local No. 703
Health and Welfare Fund
6511 Eastland Road, Ste 140
Brookpark, OH 44142

Thom, Dan W.
2044 Longfellow Street NE
Canton, OH 44721

Thomas, Forest W.
211 Melbourne Ave
Akron, OH 44313

Thomas, Nicholas S.
30215 Ashton Lane
Bay Village, OH 44140

Thombs, Ora E.
828 Eastview Ave
Wadsworth, OH 44281

Thornburg, John R.
4640 Taray Lane
Holiday, FL 34690

Tobias, John D.
2517 Enclave Street, NW
Uniontown, OH 44685

UnitedHealth Group
PO Box 29875
Hot Springs, AR 71903-0875

UnitedHealthcare
AARP - Group Retiree Services
PO Box 371362
Pittsburgh, PA 15250-7362

Vancant, Larry E.
1215 Romayne Drive
Akron, OH 44313

VSP
3333 Quality Drive
Rancho Cordova, CA 95670

Walker, Robert K.
1258 Herberich Avenue
Akron, OH 44301


Welch III, Frederick S.
1519 Artman Ave
Akron, OH 44313


Wenger, Paul J.
5660 Easton Street
Louisville, OH 44641


West, Ruth M.
15539 Hatfield
Rittman, OH 44270


Williams, David
705 Robins Gate
Akron, OH 44319


Wise, Kathleen
8587 Tanglewood Trail
Chagrin Falls, OH 44023


Wright, James R.
1251 Delia Avenue
Akron, OH 44320


WWA (BPH) Publications, Inc.
PO Box 930
Everett, WA 98206-0930